*Commonwealth of Virginia*     File # CL16000309-00
**HALIFAX COUNTY CIRCUIT COURT**
Permit to carry a concealed handgun
(must be carried with proper photo ID)
Name: **TAMMY LACKS MOORE**
Address: **6099 CLAYS MILL RD**
         **SCOTTSBURG, VA 24589**

| | |
|---|---|
| DOB: 08/22/1966 | Gender: F |
| Height: 5'02" | Weight: 135 |
| Eyes: BROWN | Hair: BROWN |
| Issue Date: 03/24/2016 | Expires on: 03/23/2021 |

_____    *Cathy M. Cosby*
Permittee              CATHY M. COSBY, CLERK